IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**QUINCY JEROME PERRY** **PLAINTIFF**
**#3023**

**VS.** **3:22-cv-00302-BRW-JJV**

**PATRICIA MARSHALL,**
**Jail Captain, Poinsett County,** *et al.* **DEFENDANTS**

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed.  I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 8th day of February 2023.

         BILLY ROY WILSON         
UNITED STATES DISTRICT JUDGE

---

[1]   28 U.S.C. § 1915(a)(3).

1